IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNON RYAN TAYLOR, #151808**                                                                              **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:21-cv-123-TBM-RPM**

**STATE OF MISSISSIPPI and**
**HARRISON COUNTY ADC**                                                                                    **DEFENDANTS**

## ORDER

Pro se Plaintiff Kennon Ryan Taylor ("Plaintiff") brings this Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Central Mississippi Correctional Facility in Pearl, Mississippi, and he is proceeding *in forma pauperis*. Plaintiff asserts complaints about the conditions of his previous confinement at the Harrison County Adult Detention Center in Gulfport, Mississippi. The named Defendants are the State of Mississippi and the Harrison County ADC (Adult Detention Center).

Section 1983 provides, in pertinent part, "[e]very *person* who, under color of [state law], subjects . . . any citizen . . . thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured." 42 U.S.C. § 1983 (emphasis added). Plaintiff is advised that the State of Mississippi and the Harrison County Adult Detention Center are not separate legal entities that may be sued under § 1983. However, a county may be held liable in certain circumstances. Since Plaintiff is proceeding pro se, he will be provided an opportunity to state if he is naming Harrison County as a Defendant in place of the Harrison County Adult Detention Center, to state if he is naming any individual as a Defendant in place of the State of Mississippi, and he will be directed to provide additional information.

Accordingly,

**IT IS HEREBY ORDERED** that on or before June 4, 2021, Plaintiff shall file a written response to:

(a) state if Plaintiff is naming Harrison County as a Defendant in place of the Harrison County Adult Detention Center, and if so, specifically state how Harrison County violated Plaintiff's constitutional rights or voluntarily dismiss Harrison County ADC as a Defendant;

(b) state if Plaintiff is naming any individual(s) as Defendant(s) in place of the State of Mississippi, and if so, state the full name and complete address of each newly named Defendant and specifically state how each newly named Defendant violated Plaintiff's constitutional rights or voluntarily dismiss State of Mississippi as a Defendant;

(c) state the conviction, the date of the conviction, and the sentence responsible for Plaintiff's current incarceration.

The Plaintiff is warned that if he fails to fully comply with this Order in a timely manner or if he fails to keep this Court advised of his current address, this case will be dismissed

**SO ORDERED AND ADJUDGED,** this the 14th day of May, 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE