UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KENNON RYAN TAYLOR                                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:21CV123-TBM-RPM

JOHN DOES et al                                                                       DEFENDANTS

## REPORT AND RECOMMENDATIONS

This matter is before the Court *sua sponte*. Plaintiff Kennon Ryan Taylor, proceeding *pro se* and *in forma pauperis*, filed on April 12, 2021, a 42 U.S.C. § 1983 prisoner civil rights complaint alleging excessive force. On January 4, 2022, the Court entered an order setting this matter for a screening hearing to be conducted by video conference on January 24, 2022. Doc. [13]. The order and notice of hearing were mailed to Plaintiff at his address of record at the Central Mississippi Correctional Facility (CMCF). The mail containing the order setting hearing and notice of hearing was later returned undelivered. Doc. [17]. On January 24, 2022, a video link was established with the Mississippi Department of Corrections (MDOC) for the purpose of conducting the screening hearing. L. Alton Garrett, Systems Administrator for MDOC, participated in the hearing by video. He advised the Court that Plaintiff has been released on parole and is no longer housed at an MDOC facility. On the same day as the screening hearing, shortly after it concluded, Plaintiff filed a notice of change of address. Doc. [19]. In the notice, Plaintiff indicated that he "just got released from prison" and that all future mail should be sent to 15009 Garrett Street, Ocean Springs, MS 39564.

On April 14, 2022, the undersigned entered a second order setting this matter for omnibus hearing to be conducted on June 13, 2022, at 9:00 AM. Doc. [21]. The order and notice of the hearing were mailed to Plaintiff's new address of record. On June 23, 2022, the Court conducted

the screening hearing as scheduled. The Court called Plaintiff's case. Counsel for Defendant was present; however, Plaintiff was not present in the courtroom. Plaintiff's name was called three times inside the courtroom and three times outside the courtroom entrance, but with no response. Front entrance security advised the Court that Plaintiff had not entered the building. Based on the foregoing, the undersigned concludes that Plaintiff is no longer interested in pursuing his lawsuit. Accordingly, his complaint should be dismissed for failure to prosecute.

## RECOMMENDATION

The undersigned recommends that Plaintiff Kennon Ryan Taylor's 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed without prejudice based on his failure to prosecute.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions and recommendations to which objections are being made; the District Court need not consider frivolous, conclusive, or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the District Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar that party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that have been accepted

by the district court and for which there is no written objection. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

SO ORDERED AND ADJUDGED, this the 14th day of June 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE