IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNON RYAN TAYLOR**                                                     **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 1:21-cv-123-TBM-RPM**

**JOHN DOES** *et al*                                            **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [22] entered by United States Magistrate Judge Robert P. Myers on June 14, 2022. The Court, having adopted the Report and Recommendation as the opinion of this Court by Order entered this same day, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute. This CASE is CLOSED.

THIS, the 22nd day of July, 2022.

                                                                     TAYLOR B. McNEEL
                                                             UNITED STATES DISTRICT JUDGE